UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YAAKOV KATZ, individually and on behalf of others similarly situated,

        Plaintiff,

        v.

CENTURY 21 DEPARTMENT STORES, LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 12-cv-244 (BMC)

ECF Case

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that this action shall be stayed until the parties receive notice that the Judicial Panel on Multidistrict Litigation (the "Panel") has rendered a decision on the motion by Defendant Century 21 Department Stores LLC ("Defendant") before the Panel related to this action (the "Motion"); and

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned parties, that the time for Defendant to answer, move, or otherwise respond to the Complaint in this action shall be extended until 14 days after the parties receive notice that the Panel has rendered a decision on the Motion.

Date: Feb 28th, 2012

THE LAW OFFICES OF SHIMSHON WEXLER, P.C.

By: _____
Shimshon Wexler
2664 Broadway
New York NY 10025
Telephone: (212) 760-2400
Facsimile: (917) 512-6132

*Attorneys for Plaintiff*

Date: 2/28/12

REED SMITH LLP

By: _____
Evan K. Farber
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Defendant*

**SO ORDERED:** _____      **DATE:** _____